[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12652
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cv-00286-KD-B


ERIC MYREE PERKINS,

                                                    Plaintiff-Appellant,

versus

KUSHLA WATER DISTRICT,
WILLIAM SILVER,
ROY KING,
JAMES TODD,

                                                    Defendants-Appellees.


_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 13, 2015)

Before MARCUS, WILLIAM PRYOR, and EDMONDSON, Circuit Judges.

PER CURIAM:

Eric Perkins, proceeding pro se, appeals the district court's grant of summary judgment for Kushla Water District ("KWD"), William Silver, Roy King, and James Todd ("the defendants"), on his claims that the defendants discriminated against him on the basis of his race (African-American), maintained a hostile work environment, retaliated against him for filing a discrimination charge with the Equal Employment Opportunity Commission, and constructively discharged him, in violation of Title VI, Title VII, § 1981, and § 1983.

Briefly stated, the appeal presents two issues:

1.  Whether Perkins's causes of action are vested in his bankruptcy estate so that he lacks standing to bring this appeal; and

2.  Whether, in determining that Perkins failed to create a triable issue on his discrimination and retaliation claims, the district court erroneously viewed the evidence in the light most favorable to the defendants.

First, because the instant causes of action arose after Perkins filed for bankruptcy, the action did not become part of his bankruptcy estate; and his bankruptcy proceeding had no effect on his standing in the district court or on

2

appeal.  Second, contrary to Perkins's contentions, the district court viewed the evidence in the light most favorable to him; but that court nonetheless concluded that he failed -- as a matter of law -- to establish a triable issue for his discrimination or retaliation claims.  On appeal, Perkins has not challenged the district court's legal standards, although he does quarrel about some immaterial facts.  The district court mainly concluded that the evidence failed to show sufficient adverse employment acts or to show white employees were treated differently and better.  Because Perkins has failed to point to a reversible error on the part of the district court, we affirm the grant of summary judgment for the defendants on all of his claims.

AFFIRMED.